### SPEARS *v.* SPEARS *et al.*

LUMPKIN, J. Under the conflicting evidence in this case there was no error in denying an interlocutory injunction.

*Judgment affirmed. All the Justices concur.*

Submitted May 25,—Decided July 25, 1908.

Petition for injunction. Before Judge Ellis. Fulton superior court. January 31, 1908.

*W. A. James* and *C. P. Thompson,* for plaintiff.

*R. B. Blackburn,* for defendants.